AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Thorne, Deborah L. | 2. Court or Organization<br><br>Bankruptcy Court for the Northern District of Illinois | 3. Date of Report<br><br>03/23/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>219 South Dearborn Street<br>Room 668<br>Chicago, IL 60604 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President for Communication and Information Technology | American Bankruptcy Insitute |
| 2. | Board and Executive Committee Member and Co-Chair of Governance Committee, | Women Employed |
| 3. | Board of Governors | Seventh Circuit Bar Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 03/23/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/14/2016 | Barnes & Thornburg LP -- 2015 distribution | $34,900.00 |
| 2. 03/15/2016 | Barnes & Thornburg LP -- 2015 distribution (final) | $12,396.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | State of Illinois - Wages (Circuit Court of Cook County Judge) |
| 2. 2016 | Cook County - Wages (Circuit Court of Cook County Judge) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute (ABI) | 2/3/2016-2/7/2016 | Puerto Rico | Carribean Conference | Transportation, Lodging, Food |
| 2. | American College of Bankruptcy | 3/17/16-3/20/16 | Washington, DC | Annual Induction Ceremony and Events | Transportation, Lodging, Food |
| 3. | ABI | 4/13/16-4/17/16 | Washington, DC | Annual Spring Meeting | Transportation, Lodging, Food |
| 4. | Turnaround Management (TMA) | 4/19/16 | Philadelphia, PA | NOW Summit | Transportation, Food |
| 5. | ABI | 6/27/16-6/28/16 | Washington, DC | Executive Committee Meeting | Transportation, Lodging, Food |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Thorne, Deborah L. | 03/23/2018 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | ABI | 9/7/16-9/9/16 | Las Vegas, NV | Southwest Conference and Executive Committee Meeting | Transportation, Lodging, Food |
| 7. | NCBJ | 10/26/16-10/30/16 | San Francisco, CA | Bankruptcy Conference | Lodging (partial) |
| 8. | ABI | 12/1/16-12/3/16 | Los Angeles, California | Winter Leadership Conference | Transportation, Lodging |
| 9. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 03/23/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Signature Bank | Mortgage on Investment Property 1533-37 W. Chicago Ave LLC | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 03/23/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Israel Bonds | A | Interest | J | T | | | | | |
| 2.  1533-37 W. Chicago Avenue LLC, Cook County, Illinois | E | Rent | N | W | | | | | |
| 3.  Focused Retail Prop LLC (JAE interest) | A | Distribution | L | W | | | | | |
| 4.  Barnes & Thornburg LLP Capital Account for Deborah Thorne | | None | K | T | Distributed (part) | 04/22/16 | K | | |
| 5.  Barnes & Thornburg LLP Profit Sharing Plan and Trust | | | | | | | | | |
| 6.  --Harbor Capital Appreciation | | None | | | Distributed | 02/10/16 | N | | |
| 7.  --Vanguard Inst. Index Fund | | None | | | Distributed | 02/10/16 | N | | |
| 8.  --Keybank EB Magic 20 Fund | | None | | | Distributed | 02/10/16 | M | | |
| 9.  --Vanguard Extended Mkt Index I | | None | | | Distributed | 02/10/16 | M | | |
| 10. Barnes & Thornburg Cash Balance Plan | A | Interest | | | Distributed | 01/15/16 | L | | |
| 11. Morgan Stanley/IRA Rollover -- DLT 2 | | | | | | | | | |
| 12. --Washington Mut. Invs. Fund Inc. (f/k/a American WA Mutual F2) | A | Dividend | K | T | | | | | |
| 13. --Davis New York Venture Y | | None | K | T | | | | | |
| 14. --Delaware INTL Vale Equity Inst. | | None | | | Sold | 02/10/16 | J | | |
| 15. --Harding Loevier Emerg. Mkts | | None | K | T | | | | | |
| 16. --Janus Venture I | | None | | | Sold | 03/11/16 | J | A | |
| 17. --PIMCO Total Return P | | None | | | Sold | 02/10/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 03/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Royce Micro Cap Inv. | | None | | | Sold | 02/11/16 | J | | |
| 19. --T Rowe Price Intl Bond | | None | | | Sold | 02/11/16 | J | | |
| 20. --Touchstone Sands Cap Sel Gr | | None | K | T | | | | | |
| 21. --Western Asset Core BD I | | None | | | Sold | 03/11/16 | J | | |
| 22. --William Blair Intl Growth I | | None | | | Sold | 02/10/16 | J | A | |
| 23. --Unit Morgan Stanley GIS Uncommon Values 2015 | | None | | | Sold | 10/19/16 | L | | |
| 24. Morgan Stanley/IRA Rollover DLT 3 | | | | | | | | | |
| 25. --MS Liquid Asset Fund (Sweep account-- cash only) | | None | | | Closed | 12/31/16 | J | | |
| 26. --Allergan PLC PFD Conv. Sers A (AGN.A) | | None | | | Sold | 02/26/16 | J | | |
| 27. --Bank Amer 7.2500 Sers L | | None | | | Sold | 02/26/16 | J | A | |
| 28. --Schulman A Inc Cum Spac Conv | | None | | | Sold | 02/23/16 | J | | |
| 29. --Wells-Fargo 7.5 Non-Cum CL A | | None | | | Sold | 02/23/16 | J | | |
| 30. --AAir Lease Corp. | | None | | | Sold | 02/23/16 | J | | |
| 31. --American Tower Corp.New PFD Cv Ser A (AMT.A) | | None | | | Sold | 02/26/16 | J | | |
| 32. --ARES Cap Corp. | A | Dividend | | | Sold | 02/10/16 | J | | |
| 33. --Atlas Air Sorldwide Hldg | | None | | | Sold | 02/17/16 | J | | |
| 34. --Biomarin Pharmaceutical | | None | | | Sold | 02/17/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Bottomline Technologies/EPAY | | None | | | Sold | 02/18/16 | J | | |
| 36. --Ciena Corp | | None | | | Sold | 02/17/16 | J | A | |
| 37. --Danaher Corp | | None | | | Sold | 02/17/16 | J | C | |
| 38. --Depomed Inc. | | None | | | Sold | 02/17/16 | J | | |
| 39. --Fiat Chrysler Automobiles NV Mandatory Convertible (FCAM) | | None | | | Sold | 02/26/16 | J | | |
| 40. --Helix Energy Solutions Group | | None | | | Sold | 02/22/16 | J | | |
| 41. --Hologic Inc. | | None | | | Sold | 02/23/16 | J | A | |
| 42. --Illumina Inc. | | None | | | Sold | 02/18/16 | J | | |
| 43. --Intel Corp (matures 2035) | | None | | | Sold | 02/18/16 | J | A | |
| 44. Intel Corp (matures 2039) | | None | | | Sold | 02/18/16 | J | A | |
| 45. --Jarden Corp | | None | | | Sold | 02/18/16 | J | A | |
| 46. --LAM Research Corporation | | None | | | Sold | 02/22/16 | J | A | |
| 47. --Liberty Media Corp Delaware | | None | | | Sold | 02/18/16 | J | | |
| 48. --MacQuarie Infrastructure | | None | | | Sold | 02/23/16 | J | A | |
| 49. --Medidata Solutions | | None | | | Sold | 02/18/16 | J | | |
| 50. --Microchip Technology Inc. | | None | | | Sold | 02/23/16 | J | A | |
| 51. --Molina Healthcare Inc. | | None | | | Sold | 02/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 03/23/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --NewPark Resources Inc. | | None | | | Sold | 02/19/16 | J | | |
| 53. --Nuance Communications Inc. | | None | | | Sold | 02/22/16 | J | | |
| 54. --On Semiconductor | | None | | | Sold | 01/22/16 | J | | |
| 55. --Priceline.com Incorporated | | None | | | Sold | 02/23/16 | J | A | |
| 56. --Red Hat Inc. | | None | | | Sold | 02/23/16 | J | | |
| 57. --RPM International Inc. | | None | | | Sold | 02/22/16 | J | A | |
| 58. --Salesforce.com Inc. | | None | | | Sold | 02/22/16 | J | A | |
| 59. --Sandisk Corp. | | None | | | Sold | 02/19/16 | J | | |
| 60. --Schulman A Inc. Cum Spec Conv. (SLMNP) | | None | | | Sold | 02/26/16 | J | | |
| 61. --Southwestern Energy Co. Dep | | None | | | Sold | 02/26/16 | J | | |
| 62. --Stanley Black & Decker Inc. | A | Dividend | J | T | | | | | |
| 63. --Stone Energy Corporation | | None | | | Sold | 02/24/16 | J | | |
| 64. --Teleflex Inc. | | None | | | Sold | 02/19/16 | J | C | |
| 65. --Teva Pharmaceutical Finance LLC | | None | | | Sold | 02/22/16 | J | A | |
| 66. --Tyson Foods Inc. | A | Dividend | | | | | | | |
| 67. --Verint Systems Inc. | A | Dividend | | | Sold | 02/19/16 | J | | |
| 68. --Wabash National Corp. | | None | | | Sold | 02/22/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 03/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --XILINX Inc. | | None | | | Sold | 02/22/16 | J | B | |
| 70. --XPO Logistics Inc. | | None | | | Sold | 02/22/16 | J | A | |
| 71. Morgan Stanley IRA Rollover DLT 4 | | | | | | | | | |
| 72. --Blackrock Global Allocation I | | None | K | T | | | | | |
| 73. --Calamos Global Growth & Inc. I | | None | K | T | | | | | |
| 74. First Trust ETF/Dow Jones Internet Inde Fund | | None | K | T | Buy | 10/07/16 | K | | |
| 75. IShares IBOXX S Investment/Grade Corporate Bond ETF | B | Dividend | K | T | Buy | 03/11/16 | K | | |
| 76. IShares U.S. Preferred Stock ETF | C | Dividend | K | T | Buy | 02/10/16 | K | | |
| 77. Nuveen Floating Rate Income Opportunity FD | B | Dividend | K | T | Buy | 06/03/16 | K | | |
| 78. Nuveen Floating Rate Income Opportunity FD | B | Interest | K | T | Buy | 10/07/16 | K | | |
| 79. Powershares QQQ Trust Series 1 | A | Dividend | L | T | Buy | 12/08/16 | L | | |
| 80. UST Post Holdings Inc. (f/k/a Post Hldings Inc. Equity Unit) | A | Interest | J | T | | | | | |
| 81. Select Sector SPDR TRUST/The Financial Select Sector SPDR Fund | B | Dividend | L | T | Buy | 12/14/16 | L | | |
| 82. Sector SPDR Trust SBI Consumer Staples | B | Dividend | L | T | Buy | 02/10/16 | L | | |
| 83. SPDR S&P 500 ETF Trust | B | Dividend | L | T | Buy | 02/10/16 | K | | |
| 84. Vanguard World Funds | A | Dividend | K | T | Buy | 06/03/16 | K | | |
| 85. Vanguard Index Funds/Vanguard Growth ETF | A | Dividend | K | T | Buy | 06/03/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 03/23/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vangaurd Sector Index FDS/Vanguard REIT ETF | C | Dividend | K | T | Buy | 03/16/16 | K | | |
| 87. Vanguard Index Funds/Vanguard Mid-Cap Value ETF | A | Dividend | K | T | Buy | 10/07/16 | K | | |
| 88. Vanguard Index Funds/Vanguard High Dividend Yield ETF | A | Dividend | K | T | Buy | 06/03/16 | K | | |
| 89. Vanguard Index Funds/Vanguard High Dividentd Yield ETF | A | Dividend | K | T | Buy | 10/07/16 | K | | |
| 90. Vanguard Intl Equity Ind. Fund | A | Dividend | K | T | Buy | 03/11/16 | K | | |
| 91. Avenue BK (Certificates of deposit) | | | | | Open | 02/01/16 | M | | |
| 92. | A | Interest | | | Closed | 08/12/16 | M | | |
| 93. EverBank (Certificates of deposit) | | | | | Open | 02/01/16 | M | | |
| 94. | A | Interest | | | Closed | 05/19/16 | M | | |
| 95. Volunteer Bank (Certificates of deposit) | | | | | Open | 02/01/16 | M | | |
| 96. | A | Interest | | | Closed | 05/17/16 | M | | |
| 97. Bank of North Carolina (Certificates of Deposit) | | | | | Open | 02/01/16 | M | | |
| 98. | A | Interest | | | Closed | 08/19/16 | M | | |
| 99. BMO Harris BK Nat'l Assoc. (Certificates of Deposit) | | | | | Open | 02/10/16 | M | | |
| 100. | A | Interest | | | Closed | 11/25/16 | M | | |
| 101. Berkshire BK (Certificates of Deposit) | | | | | Open | 03/11/16 | M | | |
| 102. | A | Interest | | | Closed | 12/23/16 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 03/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Santander BK Nat'l Assoc. (Certificates of Deposit) | | | | | Open | 02/10/16 | M | | |
| 104. | A | Interest | | | Closed | 09/19/16 | M | | |
| 105. ALPS ETF TR ALERIAN MLP | C | Int./Div. | L | T | Buy | 8/29/16 | L | | |
| 106. First Trust Morningstar Dividend Leaders Index Fund | B | Int./Div. | K | T | Buy | 08/29/16 | K | | |
| 107. First Trust ETF Dow Jones Index Fund | | | K | T | Buy | 06/16/16 | K | | |
| 108. | | | | | Buy (add'l) | 08/29/16 | K | | |
| 109. First Trust Prefered Securities and Income ETF | C | Int./Div. | K | T | Buy | 08/29/16 | K | | |
| 110. IShares MSCI EAFE ETF | B | Int./Div. | L | T | Buy | 01/22/16 | L | | |
| 111. | | | | | Buy (add'l) | 08/29/16 | K | | |
| 112. ISHARES IBOXX $ Investment Grade Corp. Bond ETF | A | Int./Div. | K | T | Buy | 03/23/16 | K | | |
| 113. ISHARES MSCI Emerging Markets ETF | A | Int./Div. | L | T | Buy | 06/02/16 | K | | |
| 114. Nuveen Floating Rate Income Opportunity Fund | C | Int./Div. | K | T | Buy | 06/02/16 | K | | |
| 115. | | | K | T | Buy (add'l) | 08/29/16 | K | | |
| 116. PowerShares QQQ Trust Series 1 | A | Int./Div. | L | T | Buy | 01/22/16 | L | | |
| 117. Select Sector SPDR Trust - The Healthcare Select Sector | B | Int./Div. | L | T | Buy | 01/22/16 | L | | |
| 118. | | | L | T | Buy (add'l) | 12/08/16 | L | | |
| 119. SPDR Series Trust - SPDR Barcleys Convertable Securities ETF | B | Int./Div. | K | T | Buy | 07/14/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 03/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SPDR Dow Jones INDL Average ETF TR Unit Ser. 1 | B | Int./Div. | L | T | Buy | 01/22/16 | L | | |
| 121. | | | K | T | Buy (add'l) | 06/02/16 | K | | |
| 122. SPDR Series Trust Bloomberg Barclays Short Term High Yield Bond ETF | C | Int./Div. | K | T | Buy | 07/14/16 | K | | |
| 123. SPDR S&P 500 ETF Trust | B | Int./Div. | L | T | Buy | 01/22/16 | L | | |
| 124. | | | K | T | Buy (add'l) | 06/02/16 | K | | |
| 125. Vanguard Sector Index Funds REIT ETF | C | Int./Div. | L | T | Buy | 01/22/16 | L | | |
| 126. Vanguard Index Funds Mid-cap Value ETF | A | Int./Div. | K | T | Buy | 03/23/16 | K | | |
| 127. | | | K | T | Buy (add'l) | 06/02/16 | K | | |
| 128. | | | K | T | Buy (add'l) | 08/29/16 | K | | |
| 129. Vanguard Shortterm Corp. Bond ETF | C | Int./Div. | M | T | Buy | 08/29/16 | M | | |
| 130. Vanguard Index Funds Mid-cap Value ETF | | None | K | T | Buy (add'l) | 03/23/16 | K | | |
| 131. Vanguard Index Funds Mid-cap V | A | Int./Div. | K | T | Buy | 06/02/16 | K | | |
| 132. VANECK Vectors ETF TR Pharmaceutical ETF | B | Int./Div. | K | T | Buy | 06/02/16 | K | | |
| 133. JPMorgan Deposit Account | | None | N | T | Open | 03/01/16 | K | | |
| 134. Bank of America Corporation SR Unsecured | A | Int./Div. | K | T | Buy | 01/22/16 | K | | |
| 135. EXELON Generation Company LLC | A | Int./Div. | K | T | Buy | 01/22/16 | K | | |
| 136. Walgreens Boots Aliance Inc. SR Unsecured | A | Int./Div. | K | T | Buy | 01/22/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Unit Morgan Stanley GIS Uncommon Values 2015 | | None | | | Sold | 02/11/16 | J | A | |
| 138. Wells-Fargo & Co. New Security: WFCPRL | | None | | | Sold | 02/26/16 | J | A | |
| 139. Wells Fargo & Co New Security: WFCPRL | | None | | | Sold | 02/23/16 | J | | |
| 140. Aberdeen U.S. Equity Inst. Srv (GXXIX) | | None | | | Sold | 08/30/16 | K | A | |
| 141. RBC Entrprise I | | None | | | Sold | 08/30/16 | J | | |
| 142. PIMCO Foreign Bd. (unhedged) | | None | | | Sold | 08/30/16 | J | | |
| 143. Royce Premier | | None | | | Sold | 08/30/16 | J | A | |
| 144. AB Large-CAP Growth ADV | A | Int./Div. | K | T | | | | | |
| 145. William Blair Funds (International Growth Fund) | A | Int./Div. | J | T | | | | | |
| 146. Fundamental Inv. F2 | A | Int./Div. | J | T | | | | | |
| 147. Janus Invt Fund | | None | J | T | | | | | |
| 148. Lazard Emerging Mkts Eq. I | A | Int./Div. | J | T | | | | | |
| 149. Loomis Sayles Sm Cap. Val. Inst | A | Int./Div. | J | T | | | | | |
| 150. Northwestern Mutual Extra Ordinary Life (214) | C | Dividend | M | T | | | | | |
| 151. Northwestern Mutual Extra Ordinary Life (246) | D | Dividend | M | T | | | | | |
| 152. Northwestern Ord Life- Former EOL (829) | C | Dividend | M | T | | | | | |
| 153. Northwestern Whole Life | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thorne, Deborah L. | 03/23/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Signature Bank (Private Stock) | | None | L | U | | | | | |
| 155.  Millennium Trust Company, LLC FBO Deborah Thorne IRA | | | | | | | | | |
| 156.  -- Focus Real Estate Investment | | None | L | U | | | | | |
| 157.  Chart Industries, Inc. | | None | | | Sold | 02/22/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 2:  Real property owned by LLC  is located in Chicago, Illinois

Part VII, Lines 5 through 10 were distributed and rolled over to JPMorgan and have been reinvested first in CDs and later in other investments and disclosed

Part VII, Line 3 was Line 4 on Initial Report (Amended)
Part VII, Line 4 was Line 6 on Initial Report (Amended)
Part VII, Line 40 was Line 47 on Initial Report (Amended)

Part VII, Lines 138 and 139 were listed as Line 31 on Initial Report (Amended)

Part VII, Line 3 of my 2015 Initial Report listed "BT Building Co. LLP, Indianapolis, Indiana".  This was my interest as a partner in Barnes & Thornburg LLP which reverted to the remaining partners of the law firm upon my resignation when I took the bench.  There was no financial benefit or loss upon my departure and it was no longer held by me after October 21, 2015.  For this reason, it was not listed on my 2016 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Deborah L. Thorne**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544